Samuel Summerlin, Plaintiff in Error, vs. The Citizens
  Bank & Trust Company, a corporation under the
  laws of the State of Florida, Defendant in Error.

Writ of error to Circuit Court, Hillsborough coun-
ty; Joseph B. Wall, Judge.

G. A. Hanson, for Plaintiff in Error.

Macfarlane & Shackleford, for Defendant in Error.

This action was brought by the defendant in error
against David O. Fulton and Samuel Summerlin, co-
partners doing business under the firm name of Fulton
& Summerlin. There was judgment for the plaintiff,
and the defendant Samuel Summerlin takes writ of er-
ror.

Writ of error dismissed on motion of counsel for
defendant in error.